UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ELTON MOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>G. BOYD TARIN, CONTRA COSTA COUNTY,<br><br>Defendants. | No.  2:20-cv-490-JAM-EFB PS<br><br><br><br>ORDER |

Plaintiff brings this action against defendants G. Boyd Tarin, an employee of the Contra Costa County Department of Child Support Services, and the County of Contra Costa.  Plaintiff's allegations stem from garnishment proceedings initiated in the California Superior Court for the County of San Mateo.  ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

In this case, the claims arose in San Mateo County, and all defendants reside in Contra Costa County. Thus, venue properly lies in the Northern District of California. For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated: August 28, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE